# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

19 MK LLC, et al.

                           Plaintiff,

v.

                                                  Case No.: 1:24–cv–03630

The Overwatch Foundation

                                                  Honorable Joan H. Lefkow

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

     MINUTE entry before the Honorable Joan H. Lefkow: The Foundation's motion (dkt. 47) is granted in part and denied in part, and plaintiffs' motion (dkt. 56) is granted in part and denied in part. The case will be called on August 12, 2026, at 9:30 a.m. in courtroom 2201 to set a trial date. In the meantime, the parties are encouraged to engage in a sincere effort to settle their dispute. If the assistance of the designated magistrate judge is needed, the parties may request that court refer the case for a settlement conference. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.